AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED MAR 11 2008

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JESUS HERRERA-TORRES | CASE NUMBER: 08 CR 690 JM |

I, <u>JESUS HERRERA-TORRES</u>, the above named defendant, who is accused of committing the following offense:

> Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _3/11/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Jesus Herrera Torres_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER