**ANTHONY E. COLOMBO JR.**
California State Bar No. 218411
The Senator Building, 3rd Fl.
105 West "F" Street
San Diego, CA 92101
(619) 236-1704 / Fax: (619) 236-1852
E-Mail: anthonycolombolegal@yahoo.com

Attorney for Mr. Jesus Herrera-Torres

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0690-JM |
| Plaintiff, | ) ) | DATE: May 9, 2008 TIME: 11:00 A.M. |
| v. | ) ) | |
| JESUS HERRERA-TORRES, | ) ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| Defendant. | ) ) ) ) ) ) ) ) ) ) ) | (1)  COMPEL DISCOVERY; (2)  PRESERVE EVIDENCE; (3)  SUPPRESS STATEMENTS; AND (4)  GRANT LEAVE TO FILE FURTHER MOTIONS |

TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
        MARK CONOVER, ASSISTANT UNITED STATES ATTORNEY:

        PLEASE TAKE NOTICE that on May 9, 2008 at 11:00 a.m., or as soon thereafter as counsel may

be heard, defendant, Jesus Herrera-Torres, by and through his attorney,  Anthony E. Colombo Jr., will ask

this Court to enter an order granting the following motions.

08CR0690-JM

**MOTIONS**

Defendant, Jesus Herrera-Torres, by and through his attorney, Anthony E. Colombo Jr., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)    Compel Discovery;
(2)    Preserve Evidence;
(3)    Suppress Statements; and
(4)    Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,


*/s/ Anthony E. Colombo Jr.*
Dated: April 15, 2008                    **ANTHONY E. COLOMBO JR.**
Attorney for Mr. Herrera-Torres
anthonycolombolegal@yahoo.com

2                                        08CR0690-JM