# **CERTIFICATE OF SERVICE**

       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Anthony Edward Colombo , Jr**
    anthonycolombolegal@yahoo.com,nrodoffice@yahoo.com

**U S Attorney CR**
    Efile.dkt.gc2@usdoj.gov

Dated: April 15, 2008                               *s/ Anthony E. Colombo Jr.*
                                                                        ANTHONY E. COLOMBO JR.

                                                                        Law Offices of Anthony E. Colombo Jr.
                                                                        105 West F Street, Third Floor
                                                                        San Diego, California 92101-6036
                                                                        (619) 236-1704 (tel)
                                                                        (619) 236-1852 (fax)
                                                                        email: anthonycolombolegal@yahoo.com