# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER  08CR0690-JM |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
|  | ) | Booking No. 15367112 |
| (1) Jesus Herrera-Torres | ) |  |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __4/16/08__

the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__X__ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. __A PROCEEDING WITH CASE # 08CR1094-JM MOTION HEARING 5/9/08 11AM JM__

UNITED STATES MAGISTRATE JUDGE

OR

Received _____ DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by _____ Deputy Clerk

Crim-9 (Rev 6-95)   ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY