FILED
08 APR 22 AM 10: 34

FILED
08 APR 17 AM 11: 38

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JESUS HERRERA-TORRES(1),

        Defendant.

CASE NO. 08CR0690-JM

## JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X** an indictment has been filed in another case (08CR1094-JM) against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) of:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 04/16/08

BARBARA L. MAJOR
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal
Judgement and Commitment on 4/18/08

United States Marshal

By: _____
USMS Criminal Section

ENTERED ON _____